UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC,<br>*Plaintiff,*<br>vs.<br>CITY OF PAWTUCKET, by and through its Treasurer, Ronald L. Wunschel; CITY OF PAWTUCKET ZONING BOARD OF REVIEW, by and through its members; and MICHAEL CASSIDY, in his capacity as Director of the City of Pawtucket Planning and Redevelopment Commission,<br>*Defendants.* | C.A. No.<br>CA 05 520 S<br>*(R.I. Superior Court C.A. No. PC05-6028)* |

**PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Defendants, City of Pawtucket, by and through its Treasurer, Ronald L. Wunschel; City of Pawtucket Zoning Board of Review, by and through its members; and Michael Cassidy, in his capacity as Director of the City of Pawtucket Planning and Redevelopment Commission, are defendants in a civil action filed in the Providence County Superior Court entitled, *Pawtucket Transfer Operations, LLC v. City of Pawtucket, et al., C.A. No. PC05-6028*. Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. These defendants filed a Stipulation accepting service on or about December 14,

2005.

3. The above described action, as stated in plaintiff's complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by the defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 14th day of December, 2005, to:

John B. Harwood, Esq. (#2093)
Michael E. Sendley, Esq. (#5591)
McKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106 fax