STATE RHODE ISLAND AND PROVIDENCE PLA ,TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-6028 PAWTUCKET TRANSFER PAWTUCKET V CITY OF PAWTUCKET

Filing Date: 11-22-2005
Case Status: UNASSIGNED

Case Type: DECLARATORY JUDGMENT
Status Date: 11-22-2005

Plaintiff: PAWTUCKET TRANSFER OPERATIONS LLC
ID: @10699949

Attorney: JOHN HARWOOD

Defendant: CITY OF PAWTUCKET
ID: PAWTUCKET
Defendant: RONALD WUNSCHEL TREASURER
ID: @10699950
Defendant: CITY OF PAWTUCKET ZONING BOARD OF RE
ID: @10699951
Defendant: MICHAEL CASSIDY DIRECTOR OF THE CITY
ID: @10699952

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-22-2005 | COMPLAINT FILED | |
| 11-22-2005 | INITIAL FILING FEE | |
| 11-22-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP215693. |

rue Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island