UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAWTUCKET TRANSFER OPERATIONS, LLC,

*Plaintiff,*

vs.

CITY OF PAWTUCKET, et al.

*Defendants.*

CA 05 520 S

*(R.I. Superior Court C.A. No. PC05-6028)*

**ENTRY OF APPEARANCE**

We, Marc DeSisto and Michael A. DeSisto, hereby enter our appearance for Defendants, City of Pawtucket, by and through its Treasurer, Ronald L. Wunschel; City of Pawtucket Zoning Board of Review, by and through its members; and Michael Cassidy, in his capacity as Director of the City of Pawtucket Planning and Redevelopment Commission, in the above captioned matter.

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

*{Original C.A. No. PC05-6028}*

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 14th day of December, 2005, to:

John B. Harwood, Esq. (#2093)
Michael E. Sendley, Esq. (#5591)
McKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106 fax