UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC, | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 05-520 S |
| CITY OF PAWTUCKET, et al., | : | |
| Defendants | : | |

**ENTRY OF APPEARANCE**

I, Michael E. Sendley, Esq., hereby enter my appearance on behalf of the Plaintiff.

Michael E. Sendley, ~~Esq.~~ (#5591)
McKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
(401)723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within Entry of Appearance was mailed to Marc DeSisto, Esq., DESISTO LAW, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563 on the 14th day of February 2006.