UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PAWTUCKET TRANSFER OPERATIONS, LLC :
:
:
v. : C.A. No. 05-520S
:
CITY OF PAWTUCKET, et al. :

**ORDER**

A settlement conference was held in this matter on March 2, 2006. After some preliminary discussions, Defendants' counsel requested and was given the opportunity to interrupt the conference in order to confer with the Mayor and the City Council who were not present. Defendants' counsel is ORDERED to promptly confer as requested and to submit a status report to this Court regarding the potential for settlement by March 24, 2006. Such report shall be submitted only to the undersigned and not copied to Plaintiff's counsel or filed with the Clerk. After reviewing such report, the Court may reconvene the settlement conference.

SO ORDERED.

LINCOLN D. ALMOND
United States Magistrate Judge
March 3, 2006