UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAWTUCKET TRANSFER OPERATIONS, LLC,

*Plaintiff,*

vs.

CITY OF PAWTUCKET, et al.

*Defendants.*

C.A. No. 05-520 S

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the Defendants, in the above-referenced matter, and hereby move this Court for an Order of summary judgment in their favor. As grounds, Defendants rely on their Memorandum of Law filed contemporaneously herewith.

Defendants,
By their attorneys,

/s/ Marc DeSisto
/s/ Michael A. DeSisto

Marc DeSisto, Esq. (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
michael@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within document was mailed, postage prepaid, on this 9th day of August, 2006 to:

John B. Harwood, Esq. (#2093)
Michael E. Sendley, Esq. (#5591)
McKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861

/s/ Michael A. DeSisto