File

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 Promenade Street, Providence, RI 02908-5767 TDD 401-222-4462

CERTIFIED MAIL

February 27, 2004

Mr. Steven J. Simpson, P.E.
Managing Engineer
Pare Engineering Corp.
8 Blackstone Valley Place
Lincoln, RI 02865

**Re: License Application for Pawtucket Transfer Operations, LLC**

Dear Mr. Simpson:

The Rhode Island Department of Environmental Management (Department) has reviewed the license application for a proposed C&D Processing Facility and for a proposed Solid Waste Transfer Station to be located at Pawtucket Transfer Operations, LLC, 280 Pine Street, Pawtucket, RI. Based upon this review, the OWM is providing the attached comments.

The submitted license application has numerous deficiencies. All of the Department's comments shall be comprehensively addressed in the revised application submittal. The Department's final decision on the license application will be based on the next submittal. If the deficiencies described in the attached comments are not completely addressed, the license application will be denied.

If you have any questions, please contact Daniel Russell at (401) 222-2797 x7528.

Sincerely,

F. Daniel Russell, Jr.
F. Daniel Russell, Jr.
Principal Environmental Scientist
Office of Waste Management

Authorized by:

Laurie A. Grandchamp
Laurie A. Grandchamp
Supervising Engineer
Office of Waste Management

cc: Leo Hellested, Chief, OWM
John Langlois, OLS

**Department Comments on the License Application for the Pawtucket Transfer Operations, LLC Received April 4, 2003**

**Introduction:**

The submitted application is for a license to operate a Construction & Demolition (C&D) Debris Processing Facility and a license to operate a Solid Waste Transfer Station that will accept 2000 tons/day of solid waste at Pawtucket Transfer Operations LLC, (PTO) (applicant and facility). The license application and operation of this facility shall be in compliance with all applicable requirements of the Rhode Island General Laws and the Solid Waste Regulations for this type of facility. The application deficiencies and the Rhode Island Department of Environmental Management's (Department) comments are listed below under the specific state statute or solid waste rule in the regulations. Within some of the comments listed below, reference is made to the application by page number and section in bold print.

R.I.G.L. 23-18.9-7 Definitions (2):

**Page 7-4, Section (a), Description of overall operation and function of all processing equipment to be used.**

1. "Construction and demolition (C&D) debris" is defined in the statute noted above. A different definition was used in this section of the license application. The definition in the statute shall be used for the purposes of this license application and the operation of the facility. No other definitions for "C&D" shall be considered acceptable.

R.I.G.L. 23-18.9-7 Definitions (11):

2. The definition of "solid waste management facility" in the above statute requires any solid waste management facility to install an active gas collection system if it stores any waste materials containing gypsum on site for over three (3) months. The applicant (PTO) shall certify that it will not need to install an active gas collection system because it will not store any waste materials containing gypsum on site for more than three (3) months.

R.I.G.L. 23-18.9-8. Licenses (d):

3. No construction and demolition debris processing facility shall be issued a license unless it has submitted a fire protection plan that has been approved by the local fire chief, or his or her designee of the district in which the facility is located. An approved fire protection plan was not submitted with the application.

R.I.G.L. 23-19-13.1:

4. Any solid waste originating or collected outside of the state of Rhode Island cannot be disposed of at the Central Landfill per this statute. The license application shall describe how any out of state waste will be identified upon receipt, separated after dumping in the tipping area, and kept segregated during processing, storage, and shipping. A record keeping and tracking system shall be implemented that identifies each truck load of waste, including all out of state waste, entering the facility and all destinations by specific names and addresses for all waste shipped from the facility and disposed of out-of-state.

**Rule 1.4.00 Prohibitions:** - Insufficient information was submitted in the application to satisfy all requirements specified in the rules cited below including the following:

Rule 1.4.02 Water:

**Page 1-1, Section 1.4.02 Water.**

5. The applicant (PTO) shall declare that their operation will not cause pollution of the groundwater or surface waters of the state.

Rule 1.4.03 Air:

**Page 1-2, Section 1.4.03 Air.**

6. The applicant (PTO) shall declare that their operation will not violate the Clean Air Act or the State Air Pollution Control Act. The applicant shall contact the Department's Office of Air Resources to determine if permits are required for engines on all equipment at the facility under the Air Pollution Control Regulation # 9 and obtain all necessary air permits.

Rule 1.4.05(b) Facilities Prohibited from Operating:

**Page 1-2, Section 1.4.05 Facilities Prohibited from Operating.**

7. PTO's comment on this Rule is inadequate, specifically pertaining to Rule 1.4.05(b). The application shall declare whether PTO will or will not conduct the activities described under this Rule.

**Rule 1.5.00 General Requirements and Procedures Deficiencies:** - Insufficient information was submitted in the application to satisfy all requirements specified in the rules cited below including the following:

Rule 1.5.01(a) and Rule 1.5.06 Plans and Specifications:

8. Initial Application: Applications for licenses and registrations must include plans and specifications. All applicants, regardless of facility type, must demonstrate their ability to

comply with all General Operating Standards set forth in Section 1.7.00 of these Rules and Regulations, as well as the general requirements in this rule. Each applicant shall also submit all plans and specifications required for the particular type of facility they will operate. The applicant (PTO) shall comply with all of the specific requirements in Regulations Numbers 1, 3 and 7.

Rule 1.5.03 Documentation of Ownership:

9. The license application shall include a documentation of ownership as required by this Rule including a list of all direct and indirect owners, corporate officers and other persons owning 10% or more of the facility and underlying property. PTO shall submit Articles of Organization and documentation showing all members of the corporation.

Rule 1.5.04 Certification:

10. The license application shall include certification as required by this Rule. Certificates shall provide a complete and accurate representation of the facility and that the facts alleged in the application are accurate. The language of the Certificates shall match the language in the regulations. If the owner of the real property is different than the operator of the facility, then the property owner shall certify in the application that he allows the operation, and that he is the guarantor of proper closure of the facility. A certification by the property owner as described above was not submitted with the application. Signed Certificates from the Providence and Worcester Railroad shall be submitted with the revised application.

Rules 1.5.05 and 3.1.05 (b) (5) Zoning:

11. The application shall provide copies of any granted and/or proposed local permits related to this facility. In addition, the application shall certify that the facility is in compliance with the zoning requirements. The Certificate of Zoning Compliance from the City of Pawtucket does not mention "C&D Processing Facility" only "Refuse Transfer Station". The license application shall provide certification that all activities at the facility are in compliance with the City's zoning requirements. It is the applicant's responsibility to obtain any required local permits and Certifications.

Rules 1.5.06 General Plan Requirements:

12. The plans in the license application appendices are not stamped in accordance with this Rule. All required plans and reports shall be stamped by a professional engineer licensed in the State of Rhode Island.

Rules 1.6.07 Denial, Suspension, or Revocation of License or Registration; 1.6.08 Inspections; and 1.6.10 Penalties:

**Page 1-9, Sections 1.6.07 Denial, Suspension, or Revocation of License or Registration; 1.6.08 Inspections; and 1.6.10 Penalties:**

13. The applicant should not just "acknowledge" but shall declare that they will comply with the above Regulations.

**Rules 1.7.00, 3.1.00 and 7.1.00 <u>General Operating Standards, General Information and Required Plans Deficiencies:</u>** - Insufficient information was submitted in the application to satisfy all requirements specified in the rules cited below including the following:

<u>Rule 1.7.16 Active Gas Collection System:</u>

**Page 1-15, Section 1.7.16 Active Gas Collection:**

14. The application states, "it is not anticipated", that the proposed facility will store waste materials containing gypsum on site for more than three months. The application shall declare that the proposed facility will not store waste materials containing gypsum on site for more than three months.

<u>Rules 3.1.01 and 7.1.01 General Information, (c) and Rule 7.1.05 (q):</u>

**Page 1-13, Section 1.7.12 Safety Provisions:**

15. The application states in this section that the facility will be accepting "primarily C&D" at the proposed facility. Will the proposed facility be accepting any solid waste other than C&D as defined in the Statute and Regulations (e.g. municipal waste)? A C&D processing facility license does not permit the acceptance of municipal solid waste at the facility. It is not clear in the license application if the application is for a C&D processing facility license or for a transfer station license. To obtain a C&D processing facility license the application shall specifically describe the C&D processing operation to comply with Regulation # 7. To obtain a transfer station license the application shall specifically describe the transfer station operation to comply with Regulation # 3. This needs to be clarified in the resubmitted application. Also see comments # 22 and # 23.

16. This facility is not allowed under a transfer station license or a C&D processing facility license to accept special waste (e.g. regulated asbestos containing materials, medical waste) or hazardous waste. If special waste is discovered within the waste stream, the facility shall contact the appropriate waste removal contractor for immediate removal from the facility. If hazardous waste is discovered within the waste stream, the facility shall contact the Department and the Facility's designated hazardous waste contractor immediately. Emergency provisions must be specified in the operating plan on how hazardous waste will be immediately removed off-site and disposed of at an approved facility. In addition, the application shall provide updated documentation from a hazardous waste contractor related to handling and disposal of any hazardous waste that might be inadvertently received by your facility. The submitted documentation was insufficient.

Rule 7.1.01 General Information, (d):

17. No license or registration shall be issued or be renewed if the facility has any existing violations of these rules and regulation during the time of application or request for renewal.

Rule 7.1.01 General Information, (f):

18. All construction and demolition debris processing facilities must demonstrate, through records maintained at the facility, and provided to the Department (upon request), that seventy-five percent (75%) of all material received by the facility are processed and removed from the site within six (6) weeks of receipt on a continuous basis, and that in no case stores material on site for over three (3) months. The application does not include a record keeping system that meets the timeframes and material removal percentages outlined above. The application shall include a record keeping system that documents that the facility meets the timeframes specified in this Rule.

Rules 3.1.02 and 7.1.02 Radius Plan:

19. The Radius Plan shall include the legal boundaries of the site certified by a Registered Land Surveyor in the State of Rhode Island. The Radius Plan shall also include a legend that explains all of the zoning designations shown on the plan. An updated Radius Plan that meets all requirements of the above Rules shall be provided with the resubmitted application.

Rules 3.1.03 and 7.1.03 Site Plan:

20. A preliminary Site Plan is not adequate for the license application. The Site Plan shall provide a complete and accurate representation of the facility site and operation. The Site Plan shall include all information required by these rules including proposed leachate collection and treatment facilities, site drainage facilities, all wells, proposed fences and gates, buffer zones, landscaping, existing and proposed contours at two (2) foot intervals and a stamp and date by a professional engineer. The draft Site Plan submitted with the application did not include all of the above information. An updated Site Plan shall be submitted with the resubmitted application.

    If any surface water bodies or wetlands are located in the vicinity of the proposed facility, a permit application shall be submitted to the Department's Freshwater Wetlands Protection Program.

Rules 3.1.04 and 7.1.04 Construction and Engineering Plans:

21. A preliminary set of construction and engineering plans and specifications relating to all buildings and equipment of the facility must be submitted for approval to the Department with each application for a license or renewal. This set shall be in detail to allow for a comprehensive review. A complete set of final plans approved by the Department shall be a condition of the license prior to construction or operation. No construction and engineering plans were submitted with the application.

Rule 3.1.05 Operating Plan (a):

22. To obtain a transfer station license the applicant shall specifically describe the transfer station operation in the application rather than referring to the requirements listed for Regulation No. 7, and shall comply with all General Operation Standards and the Transfer Station Standards listed in Rules 1.7.00 and 3.2.00.

Rule 7.1.05 Operating Plan (a): Description of overall operation and function of all processing equipment.

**Page 7-3, Section (a), Description of overall operation and function of all processing equipment to be used.**

23. This section of the application states that the facility will function "primarily" as a C&D transfer station. It is not clear in the license application if the application is for a C&D processing facility license or for a transfer station license. This needs to be clarified in the resubmitted application. The application shall state explicitly all types of waste to be accepted at the facility and describe all activities to be performed on site. Also see comments # 15 and # 26.

    The description of the overall operations shall include a description of the property with a discussion of how the size (acreage) of this site will accommodate the maximum amount of waste to be received (2000 tons per day), truck traffic, unloading of waste, storage of railcars, loading of waste onto railcars, processing buildings and all other activity on the site. A description of the processing buildings and a discussion of their size, capacity and ability to handle the maximum amount of waste to be received, stored, and processed in the buildings shall also be included. The description in the license application did not include all of the above. Also see comment # 25.

Rules 3.1.05 (b) (1) and Rule 7.1.05 (b) Operating Hours:

**Page 7-4, Section (b), Operating Hours.**

24. Operating hours shall be in compliance with city ordinances and zoning requirements. The description of operating hours shall include a description of all activities and the specific times when they are being conducted including receiving and screening C&D waste and other solid waste, shipping waste and materials, processing C&D waste, recycling, routine maintenance and house cleaning, and transporting of all materials on and off site. Verification that the proposed operating hours are in compliance with the City of Pawtucket's ordinances and zoning requirements shall also be submitted with the application. The description of the operating hours in the application did not include all of the above information.

Rules 3.1.05 (b) (2) and 7.1.05 (c) Operating and Design Capacities/Capabilities:

**Page 7-5, Section (c), Operating and Design Capabilities.**

25. The description of operating and design capacities and capabilities shall include the approximate tons of waste per truck entering the facility, and the number of trucks entering the facility per day at maximum capacity (2000 tons per day). The description shall also include a discussion of how the facility will manage truck traffic entering the facility, unloading of waste, waste storage, waste separation, and loading of rail cars. Timeframes for each activity shall also be included. The above-mentioned discussion shall also include the capacity (tons) of the individual rail cars, the number of railcars required to remove the maximum daily tons of waste entering the facility, the times required for handling waste, loading and maneuvering railcars, the cycle in days to transport waste by rail to the disposal destinations, the availability of railcars and the availability and schedule of railcar removal from this facility at capacity. The license application shall include a copy of the contract for service to be provided to the facility by Providence & Worcester Railroad. All of the above information was not provided in the license application.

Rule 3.2.02 Waste Storage and Rule 7.1.05 (d) Types of materials to be accepted, processed, stored, recycled and/or disposed of at a licensed facility:

**Page 7-5, Section (d), Types of materials to be accepted, processed, stored, recycled and/or disposed of at a licensed facility and Rule 3.2.02 Waste Storage.**

26. A detailed description of all materials to be accepted, processed, stored, recycled and/or disposed of by this facility shall be provided with this application. This facility will not be allowed to accept special waste or hazardous waste. Any asbestos containing materials regulated under the requirements of the "Rules and Regulations for Asbestos Control" may not be accepted by this facility. All materials accepted and processed by a C&D processing facility are regulated solid waste and must be disposed of at a licensed solid waste disposal facility or recycled through methods approved by the Department. Any other solid waste items (non-C&D materials) received by the facility shall be stored in storage containers or trailers to be removed offsite on a regular basis in compliance with the above Rules. A record keeping and tracking system shall be implemented that identifies and tracks all materials received at the facility and shipped out of the facility including all out of state waste entering the facility and all destinations by specific names and addresses for all waste shipped from the facility. The license application did not include all of the above information.

Rules 3.1.05 (b) (5), 7.1.05 (f) and 1.7.10 Dust Control Program:

**Page 7-6, Section (f), Dust Control Program.**

27. Considering the size of the proposed facility, the expected volume of truck traffic, on and off site, the large amount of waste entering the facility daily, and the vehicle and equipment activity on the site, in the building, and at the building entrances/doors, the applicant should realistically anticipate multiple and significant sources of dust from the facility. A detailed discussion of dust control measures that will be implemented to control dust production and to prevent dust from migrating offsite shall be included in the application. The license application did not include the above information.

Rules 3.1.05 (b) (6) and 7.1.05 (g) Odor Control Program:

**Page 7-6, Section (g), Odor Control Program.**

28. Solid Waste and C&D waste, especially waste containing putrescible materials, wood, other organics, and gypsum are known to cause odor problems. Any facility accepting these types of waste has to realistically consider the potential for odor problems based on the types of materials accepted by the facility. The application shall describe in detail the steps and measures that this facility will take to prevent any objectionable odors from migrating offsite. Such measures shall include segregating and containing any potential odorous material from the waste stream, removing it offsite immediately, processing and removal of 75% of all material within (6) weeks of receipt and the removal of all C&D materials on-site within (90) days of receipt, and a contingency plan that outlines the steps that will be taken to identify and mitigate odors if said odors migrate beyond the property line of the facility. The license application did not include all of the above information.

Rules 3.1.05 (b) (16), 7.1.05 (i) and 1.7.11 Litter Control Program:

**Page 7-6, Section (h), Litter Control Program.**

29. The large volume of waste entering and being unloaded at this facility daily will be a considerable source of litter. The license application shall realistically discuss litter control measures to prevent wind blown litter from accumulating on site and/or migrating beyond the property lines of the facility.

Rules 3.1.05 (b) (16), 7.1.05 (i) and 1.7.05 Vector Control Program:

**Page 7-6, Section (i), Vector Control.**

30. The license application shall provide a discussion of potential vector problems such as insects, rodents, and seagulls and measures to be taken to prevent and address those problems (i.e. a Vector Control Program). The license application shall also provide the name and address of a licensed pest control company to be utilized to address any vector problems that may arise at the facility. The above information was not provided in the application.

Rule 7.1.05 (k) Final disposal quantities and arrangements for non-recyclables and processing residue:

**Page 7-7, Section (k), Final disposal quantities and arrangements for non-recyclables and processing residue.**

31. The license application shall clarify the type of materials that cannot be recycled and how and where these materials will be disposed of. The application shall also provide the names and addresses of specific locations of all disposal sites (including out of state disposal

facilities) for non-recyclables and residuals. The application did not provide all of the above information.

Rule 7.1.05 Operating Plan (n) Description of program for providing records containing the date, time, weight of construction and demolition debris to be processed and registration of each vehicle unloading construction and demolition debris at the facility & Rule 7.2.02 (b):

32. The license application shall provide a detailed description of the record keeping and tracking system utilized by this facility to track all parts of the solid waste C&D waste stream entering and leaving the facility. The records shall show where the waste was generated (in the State of RI and out of state) and the specific names and addresses of all destinations for all waste shipped from the facility. The application shall also state that all records shall be made available to RIDEM staff upon request. The application did not describe a record keeping system that would provide all of the above required specific information.

Rule 7.1.05 (p) Fire Control and Prevention provisions approved by the local fire chief and Rule 7.2.06 Fire Protection:

33. No facility that processes construction and demolition debris shall be issued a license, registration, or renewal unless it has submitted a fire protection plan that has been approved by the local fire chief, or his or her designee, of the district in which the facility is located. A fire prevention, protection, and control plan approved by the fire chief of the City of Pawtucket shall be included in your application prior to the issuance of a license in accordance with the above rules. An approved plan as described above was not submitted with the application.

Rule 7.1.05 (s) Identification of how "recyclable materials" and "recyclables" which cannot be marketed will be disposed of:

34. The license application shall clarify the type of materials that cannot be recycled and how and where these materials will be disposed of. The application shall also provide the names and addresses of specific locations of all disposal sites (including out of state disposal facilities) for non-recyclables and residuals. The application did not provide all of the above information.

Rule 7.1.05 (t) Sampling and Testing plan for processed material containing that information required by Rule 7.3.00 of these Regulations.

35. If any processed materials such as screenings, woodchips, etc. are produced at this facility, the license application shall provide a plan with all information required under these rules (see comments # 49, #50 and # 51). A plan with all of the above information was not provided in the application.

Rule 7.1.05 (u) Identification of proposed markets and the names and address of destinations for "recyclable materials" and "recyclables":

**Page 7-9, Section (u), Identification of proposed markets and the names and address of destinations for "recyclable materials" and "recyclables".**

36. The license application shall identify the proposed markets and the names and address of destinations for "recyclable materials" and "recyclables" in accordance with this rule. Any trade secrets may be included in a confidential appendix. The application did not provide all of the above information.

Rule 7.1.05 Operating Plan (v) Identification of provisions or methods of solid waste and leachate containment and Rule 7.2.03 Wastewater and Leachate:

**Page 7-9, Section (v), Identification of provisions or methods of solid waste and leachate containment.**

37. Methods to address any leachate from water used in processing, cleaning and dust control as well as leachate from any exposed waste in stockpiles shall be included in the application. Include methods such as placing any C&D waste that has the potential to produce leachate in closed containers or on an impervious surface (concrete or asphalt pads) that will contain any leachate. Leachate shall be contained and disposed of in a manner that will not pollute any source of private or public water supply, or any of the waters or groundwaters of the state and shall be disposed of in accordance with all state and federal laws and regulations. A detailed plan of the design, specifications and layout of outside drains, floor drains, piping and tanks of any proposed collection system shall be submitted for approval with the license application. The above-mentioned plans and any required applications for the collection, storage, treatment, discharge or disposal of leachate and/or surface water shall also be submitted to the appropriate Department office for review and approval including the Rhode Island Pollution Discharge Elimination System Program (RIPDES), the Underground Injection Control Program (UIC), the Underground Storage Tank Program (UST) or the Narragansett Bay Commission (NBC). The application did not provide all of the above information.

**Rules 3.1.06 and 7.1.06 Closure Plan Deficiencies:** - The application failed to adequately address all requirements of these rules including the following:

Rule 7.1.06 Closure Plan (c) Measures taken to remove all remaining refuse and residue:

**Page 7-10, Section (c) Measures taken to remove all remaining refuse and residue.**

38. The closure plan shall include the names, addresses, telephone numbers and contract agreements with transporters, and all local and regional disposal and recycling facilities that accept the waste originating from this facility. If any of this information includes trade secrets, said information may be included in a confidential appendix. The application did not provide all of the above information.

Rules 3.1.06 and 7.1.06 Closure Plan (f) Methods of protecting groundwater and surface water:

**Page 7-11, Section (f) Methods of protecting groundwater and surface water:**

39. The closure plan shall include a groundwater and surface water protection plan that describes the steps to be taken to protect groundwater and surface water during closure. The above information was not included in the application.

<u>Rules 3.1.06 and 7.1.06 Closure Plan (h):</u>

**Page 7-11, Section (h) Closure fund or closure bond.**

40. A Closure Fund or Closure Bond shall be established, prior to the issuance of a license, to ensure proper closure of the facility. The Closure Fund shall establish and maintain the amount necessary for a third party closure and shall include all costs necessary for adequate closure. No Closure Fund or Closure Bond was submitted with the license application.

    An estimate of the cost of removal by a third party of all stockpiled waste, processed and unprocessed, shall be included in the closure plan. The estimate shall be consistent with the cost of removal of the maximum amount of waste delivered to the site at any time and the maximum stored waste at any one time. Documentation shall be provided that verifies the third party cost of removal for each type of material expected in the waste stream (e.g. municipal solid waste, adulterated wood, clean wood, screenings, recyclables, non-recyclables, etc.).

**Rule 7.2.00 <u>Operating Standards Deficiencies:</u>** - Insufficient information was submitted in the application to satisfy all requirements specified in the rules cited below including the following:

<u>Rule 7.2.02 Storage (a):</u>

**Page 7-12, Section 7.2.02 Storage (a) and (b):**

41. Stockpiles of all stored materials on site shall be limited in size to the amount that is covered by financial assurance posted by this facility to pay for third party removal of all materials. The amounts given for stored materials and the corresponding financial assurance in the license application were insufficient for a facility of the size and capacity proposed.

<u>Rule 7.2.02 Storage (b):</u>

42. The application shall include a description of how this facility will comply with this rule including a detailed description of the record keeping and tracking system utilized by this facility. The system must clearly track and account for all parts of the C&D and solid waste stream entering and leaving the facility. See comment # 18 above.

<u>Rule 7.2.03 Wastewater and Leachate:</u>

**Page 7-13, Section 7.2.03 Wastewater and Leachate:**

43. The application shall include methods to address any leachate from water used in processing, cleaning, and dust control, as well as leachate from any exposed waste in stockpiles, containers, vehicles or rail cars. Include methods such as placing any C&D waste or other solid waste that has the potential to produce leachate in closed containers or on an impervious surface (concrete or asphalt pads) that will contain any leachate. Leachate shall be contained and disposed of in a manner that will not pollute any source of private or public water supply, or any of the waters or groundwaters of the state and shall be disposed of in accordance with all state and federal laws and regulations. A detailed plan of the design, specifications and layout of outside drains, floor drains, piping and tanks of any proposed collection system shall be submitted for approval with the license application. See comment # 37 above. All of the above information was not provided in the application.

Rule 7.2.04 Groundwater Monitoring Wells:

**Page 7-14, Section 7.2.04 Groundwater Monitoring Wells:**

44. A groundwater monitoring plan, hydrogeological report, and water quality monitoring plan that depicts existing groundwater beneath the site with groundwater contours and flow directions are required for this facility. Quarterly onsite monitoring is the minimum for solid waste facilities. All of the above information was not provided in the application.

Rule 7.2.05 Buffer:

**Page 7-14, Section 7.2.05 Buffer:**

45. The facility's buffer zone and/or alternate measures must be identified and described in accordance with this rule. Said buffer zone must be of sufficient distance to address dust, odors, litter, or any other concern or condition identified by the Department. The buffer zone described in the application is not adequate to address the above concerns.

Rule 7.2.06 Fire Protection:

**Page 7-14, Section 7.2.06 Fire Protection:**

46. A facility shall not pose a hazard to the health and safety of persons or property from fires. No facility that processes construction and demolition debris shall be issued a license, registration, or renewal unless it has submitted a fire protection plan that has been approved by the local fire chief, or his or her designee, of the district in which the facility is located. In addition, all requirements listed under this Rule must be met. A fire prevention, protection, and control plan approved by the fire chief of the City of Pawtucket shall be included in your application in accordance with the above rules. An approved plan as described above was not submitted with the application.

Rule 7.2.07 Equipment Failure and Shutdown Provisions:

**Page 7-15, Section 7.2.07 Equipment Failure and Shutdown Provisions:**

47. The application shall provide detailed information describing how this facility will handle all waste on site in the event of equipment failure or maintenance in conformance with this rule. The application shall also describe how equipment failure or forced shutdown will not result in the storage of material in exceedance of the maximum storage capacities approved by the Department pursuant to Rule 7.2.02. All of the above information was not provided in the application.

Rule 7.2.08 Closure Fund Agreement or Closure Bond & Rule 7.1.06 Closure Plan (h):

**Page 7-15, Section 7.2.08 Closure Fund or Closure Bond:**

48. As noted above in comment # 40 every facility shall establish a closure fund agreement with the Department in accordance with these rules. No closure fund agreement has been established or submitted with the application.

**Rule 7.3.00 Construction and Demolition Debris: Reuse, Sampling and Testing Requirements Deficiencies:** - If any part of the waste stream entering this facility is screened and if any wood entering the facility is chipped, the facility is required to sample and test screenings and wood chips for reuse in accordance with Rules 7.3.01, 7.3.02 and 7.3.03.

Rule 7.3.01 General Information (a) and (b):

**Page 7-16, Section 7.3.01 General Information:**

49. A funding mechanism shall be established by the facility to reimburse the Department for the costs of any tests conducted by the Department. The amount of the funding shall be indicated in the operating plan and be equal to or greater than the cost of at least two rounds of sampling. The Operating Plan shall therefore state that the facility will reimburse the Department for the cost of applicable testing.

Rule 7.3.02 Screenings: Reuse, Sampling and Testing Requirements:

50. All projects utilizing screenings from this facility require prior approval by the Department. A sampling and testing plan and schedule that complies with all requirements under this rule shall be submitted with the license application and require approval by the Department.

Rule 7.3.03 Wood Chips: Reuse, Sampling and Testing Requirements:

51. All projects utilizing wood chips from this facility, except for fuel usage, shall have a sampling and testing plan and schedule approved by the Department. The plan shall comply with all requirements under this rule and be submitted with the license application for approval.