**City of Pawtucket**
**Site Plan Review Request Form**
**Site Plan Number:** ____________

Date: 3/30/04

Applicant's Name: Pawtucket Transfer Operations, LLC
Address: 99 Tabor Avenue Providence, R.I. 02906
Telephone: 401-261-2442

Owner's Name: Providence & Worcester Railroad Company
Owner's Signature: [signature] Vice President - Engineering
Address: 75 Hammond St. Worcester, MA. 01610
Telephone: 508-755-4000

| | | | | Area | | Area |
|---|---|---|---|---|---|---|
| Property Address: 280 Pine St | Plat: 44A | Lot: 559 | Present: | 8.11 | Proposed: | 8.11 |
| Property Address: | Plat: | Lot: | Present: | | Proposed: | |
| Property Address: | Plat: | Lot: | Present: | | Proposed: | |

Zoning District: Industrial Open (MO)

Current Land Use: Railroad Terminal - Inactive

Proposed Changes: Railroad Terminal and Construction + Demolition Debris Transfer Station

Is Zoning Board approval required? YES (NO) If yes, explain: this is Permitted Usage

**Staff use only**

Date received: ____________

Date Certified Com

Technical Review (

CPC Meeting: ____

Zoning Board Mee

Recording Date: ____

Application - incomplete.

① Updated Abutters - not

② Application was not complete

③ Letter from P&W railroad identifying agreement for specific use spelled out according DEM ...

ve ____ Deny ____ Other
ve ____ Deny ____ Other
ve ____ Deny ____ Other