# CITY OF PAWTUCKET
RHODE ISLAND

DEPARTMENT OF PLANNING AND REDEVELOPMENT

JAMES E. DOYLE
MAYOR

MICHAEL D. CASSIDY
DIRECTOR


July 12, 2004

Mr. Daniel J. Poggi
Pawtucket Transfer Operations, LLC
116 Cottage Street
New Bedford, MA 02740

Dear Mr. Poggi:

SUBJECT: Site Plan Application for Lot 559 on Plat 44

As I stated in my correspondence on April 29, 2004, your application for site plan review submitted to the Pawtucket City Planning Commission was deemed incomplete since there was some question as to whether the Certificate of Zoning Compliance that had been issued in February, 2003 had correctly identified your use as an allowed use. I have enclosed a copy of that letter for reference.

The Assistant City Solicitor reviewed the City's Zoning Ordinance with regard to the Transfer Station category and has determined that a private refuse transfer station is not an allowed use under Section 410-12 (5) of the Zoning Ordinance which pertains specifically to "public, semi-public, education, and recreation use". It is this category only that allows "refuse transfer stations" in a Manufacturing Open (MO) Zone. Since your operation is a private refuse transfer station, it does not qualify under this category and, therefore, is not an allowed use under the City of Pawtucket's Zoning Ordinance. In addition, your DEM application identifies that your license application was for a "Construction and Demolition (C & D) debris" processing facility and a "Solid Waste Transfer Station". C & D debris processing facilities are not an allowed use in any zone in the City of Pawtucket.

Therefore, the application submitted to the City Planning Commission is not accepted since prior to your submitting any application for site plan review, you must provide documentation that the use proposed, is allowed by the City's Zoning Ordinance. Without that documentation, the Planning Commission cannot review or accept an application for site plan review. Therefore, you will need to obtain a Use Variance from the City of Pawtucket's Zoning Board of Review before any consideration can be given by the Planning Commission for site plan review.

Information on the Board of Review process and the application process can be obtained from the Division of Zoning and Code Enforcement, which is in Pawtucket City Hall. Specific questions regarding that process should be directed to Ronald Travers, who is the Director of the Division of Zoning and Code Enforcement.

175 MAIN STREET, PAWTUCKET, RI 02860-4127 • (401) 724-5200 • FAX (401) 726-6237 • TDD (401) 724-5415

If you have any questions related to the decision with regard to your site plan application, you may contact me directly at my office.

Sincerely,

Michael D. Cassidy
Director

MDC/ab

cc: Mayor James E. Doyle
Harvey E. Goulet, Jr., Director of Administration
Steven Simpson, P.E., Managing Engineering, PARE Engineering Corp.
F. Daniel Russell, Jr., R. I. Department of Environmental Management
Richard W. Nicholson, Esq.
Margaret Lynch-Gadaleta, City Solicitor
Frank Milos, Jr., Esq., Assistant City Solicitor
City Planning Commission
Ronald Travers, Zoning and Code Enforcement
Karen Godin

poggi.ltr