UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC, *Plaintiff,* | : | |
| vs. | : | C.A. No. 05-520 S |
| CITY OF PAWTUCKET, et al., *Defendants* | : | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Now comes Plaintiff, Pawtucket Transfer Operations, LLC, and moves this Honorable Court grant an order extending the time within which Plaintiff may file a response to Defendants' dispositive motion.

In support of this motion, Plaintiff states that this matter has been assigned to the Honorable Judge Smith. Counsel for Defendants, Marc DeSisto, has filed a motion for summary judgment, a response to which is due August 28, 2006. Plaintiff's counsel has discussed with Attorney DeSisto the matter of a thirty (30) day continuance to respond to said dispositive motion, and Attorney DeSisto has no objection thereto and assents to this request for an extension of time.

WHEREFORE, Plaintiff requests a thirty (30) day extension of time, to September 28, 2006, to respond to Defendant's dispositive motion.

Respectfully presented,
Plaintiff,
By and through counsel,
McKINNON & HARWOOD

/s/ Michael E. Sendley
John B. Harwood (#2093)
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106

I hereby assent to Plaintiff's request for an additional thirty (30) days to answer Defendant's motion for summary judgment.

/s/ Marc Desisto, Esq.
Marc Desisto, Esq.
Attorney of record for Defendants

GRANTED
[signature]
William E. Smith
U.S. District Judge
8/28/06