UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC | ) | |
| vs. | ) | C.A. No. 05-520 S |
| | ) | |
| CITY OF PAWTUCKET, *et al.* | ) | |

**PLAINTIFF PAWTUCKET TRANSFER OPERATIONS LLC'S MOTION FOR SUMMARY JUDGMENT ON COUNTS III TO VI AND OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Pawtucket Transfer Operations LLC, by its attorneys, moves that this Court grant summary judgment as to liability on Counts III to VI of its Complaint on the ground that there is no genuine dispute as to any fact material to these Counts, and that plaintiff is entitled to judgment as a matter of law.

Plaintiff objects to *Defendants' Motion For Summary Judgment* on Counts I and II of the Complaint on the ground that there is genuine dispute concerning the facts material to those Counts. Plaintiff objects to *Defendants' Motion For Summary Judgment* on Counts III to VI on the ground that plaintiff is entitled to judgment on those Counts as a matter of law.

In support of this motion, plaintiff submits the following, which it incorporates herein by reference:

1. *Affidavit of Daniel J. Poggi, Jr.,* plus *Exhibits A – I;*
2. *Affidavit of Todd Olbrych,* plus *Exhibits AA – BB;*
3. *Affidavit of Marlene Wheaton;*
4. *Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Motion for Summary Judgment,* plus *Appendix I;*
5. *Plaintiff's Statement of Undisputed Facts Under Local Rule 12.1;*
6. *Plaintiff's Statement of Disputed Facts Under Local Rule 12.1.*

Respectfully submitted,
Pawtucket Transfer Operations LLC
By its Attorneys,
McKinnon & Harwood

/s/ John B. Harwood
/s/ Michael E. Sendley
John B. Harwood (#2093)
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02871
(401) 723-9655
(401) 722-9106 (facsimile)

## CERTIFICATION

I hereby certify that on Wednesday, November 15, 2006, a true copy of the within, was served upon the following and in the following manner(s):

Marc DeSisto, Esq., Michael A. DeSisto, Esq., DeSisto Law by electronic means to "marc@desistolaw.com" and Michael@desistolaw.com through the ECF system.

/s/ Michael E. Sendley
Michael E. Sendley