UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC | ) | |
| vs. | ) | C.A. No. 05-520 S |
| | ) | |
| CITY OF PAWTUCKET, *et al.* | ) | |

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS UNDER LOCAL RULE 12.1**

Plaintiff submits under Local Rule 12.1(a)(2) that there is a genuine dispute concerning the following material facts on Counts I and II of the Complaint alleging violations of substantive and procedural due process under 42 U.S.C. § 1983:

1. The "Certificate of Zoning Compliance" issued to plaintiff Pawtucket Transfer Operations, LLC (PTO) on February 27, 2003 is not a "Zoning Certificate" under § 410-93 of the Pawtucket General Code.
2. The "Certificate of Zoning Compliance" issued to plaintiff Pawtucket Transfer Operations, LLC (PTO) on February 27, 2003 is a "Certificate of Zoning Compliance" under § 410-96 of the Pawtucket General Code.
3. Defendant's actions were arbitrary and capricious, with no rational foundation in local law, and were made in bad faith, based on political animus, with the deliberate intention of thwarting PTO. These actions were not tethered to any legitimate public objective.
4. It would not have been burdensome, unreasonable or invaluable to afford PTO a hearing before City agents deprived it of its rights under the Certificate of Zoning Compliance issued in February, 2003. The risk of error was not *de minimis*. The impact of error on PTO was great.

Respectfully submitted,
Pawtucket Transfer Operations LLC
By its Attorneys,
McKinnon & Harwood

/s/ John B. Harwood
/s/ Michael E. Sendley
John B. Harwood (#2093)
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02871
(401) 723-9655
(401) 722-9106 (facsimile)

**CERTIFICATION**

I hereby certify that on Wednesday, November 15, 2006, a true copy of the within, was served upon the following and in the following manner(s):

Marc DeSisto, Esq., Michael A. DeSisto, Esq., DeSisto Law by electronic means to "marc@desistolaw.com" and Michael@desistolaw.com through the ECF system.

/s/ Michael E. Sendley
Michael E. Sendley