UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-520 S |
| | ) | |
| CITY OF PAWTUCKET, *et al.* | ) | |

**AFFIDAVIT OF TODD OLBRYCH**

I, Todd Olbrych, being duly sworn, depose and say:

1. I have personal knowledge of the information contained in this affidavit.
2. I am currently employed as the Director of Code Enforcement by the City of Central Falls, Rhode Island.
3. From 1980 until 2004, I was employed as a Building Official for the City of Pawtucket.
4. When I was a Pawtucket Building Official, Ronald F. Travers, in his capacity as Director of the Division of Zoning and Code Enforcement, frequently gave me express authority to sign Certificates of Zoning Compliance on his behalf. I have signed hundreds of these Certificates, all with the express authority of Mr. Travers, and continued to do so until I left the City's employ in 2004.
5. I signed the two Certificates of Zoning Compliance which are attached to this affidavit as *Exs. AA* and BB. *Exhibit AA* was issued to Pawtucket Railway Hauling LLC on September 22, 2002. *Exhibit BB* was issued to Pawtucket Transfer Operations LLC on February 27, 2003.
6. When I signed each of these Certificates, I was acting under express authority given to me by Mr. Travers as Director of Zoning and Code Enforcement. I had actual authority to sign these Certificates.

7. No agent of the City has ever asked me whether or not I had authority to sign the Certificate of Zoning Compliance issued to Pawtucket Transfer Operations LLC, which is attached as *Ex. BB*.

Todd Olbrych

State of Rhode Island
Providence, Sc.

Subscribed and sworn to before me this 10th day of November, 2006.

Notary Public

CERTIFICATE OF SERVICE

I certify that on the _____ day of ________________, 2006, I caused a copy of this document to be mailed / hand-delivered to Marc DeSisto, Esq., Michael A. DeSisto, Esq., DeSisto Law, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563.

______________________________