**CITY OF PAWTUCKET**
CITY HALL
137 ROOSEVELT AVENUE
PAWTUCKET, RHODE ISLAND 02860

DIVISION OF ZONING & CODE ENFORCEMENT

JAMES E. DOYLE
MAYOR

RONALD F. TRAVERS
DIRECTOR

# CERTIFICATE OF ZONING COMPLIANCE

DATE: September 24, 2002

ASSESSOR'S PLAT: 44

LOT: 559

APPLICANT: Daniel J. Poggi, Jr.

BUSINESS NAME: Pawtucket Railway Hauling, LLC

D/B/A: 0

BUSINESS ADDRESS: 280 Pine Street

CERTIFICATE NO. : 2002- 113

THE PROPOSED USE AS DESCRIBED BELOW CONFORMS TO THE ZONING ORDINANCE OF THE CITY OF PAWTUCKET, RHODE ISLAND.

USE: **Refuse transfer station**
**Manufacturing Open zone**
**Use Regulations 410-12.5(1)**
**O**

TODD OLBRYCH, BUILDING OFFICIAL

CITY OF PAWTUCKET

THIS CERTIFICATE DOES NOT AUTHORIZE BUILDING CONSTRUCTION OF ANY TYPE INCLUDING REPAIRS OR RENOVATIONS. SEPARATE BUILDING, ELECTRICAL, PLUMBING OR MECHANICAL PERMITS MAY BE REQUIRED, AS WELL AS NARRAGANSETT BAY COMMISSION APPROVAL.