# CITY OF PAWTUCKET

CITY HALL
137 ROOSEVELT AVENUE
PAWTUCKET, RHODE ISLAND 02860

DIVISION OF ZONING & CODE ENFORCEMENT

JAMES E. DOYLE
MAYOR

RONALD F. TRAVERS
DIRECTOR

## CERTIFICATE OF ZONING COMPLIANCE

DATE: February 27, 2003

ASSESSOR'S PLAT: 44

LOT: 559

APPLICANT: Daniel J. Poggi

CORPORATION NAME: Pawtucket Transfer Operations, LLC

D/B/A: Pawtucket Transfer Operations, LLC

BUSINESS ADDRESS: 280 Pine Street

CERTIFICATE NO.: 2003- 29

THE PROPOSED USE AS DESCRIBED BELOW CONFORMS TO THE ZONING ORDINANCE OF THE CITY OF PAWTUCKET, RHODE ISLAND.

USE: **Refuse Transfer station**
**Manufacturing Open zone**
**Use Regulations Section 410-12-5.(A)**

TODD OLBRYCH, BUILDING OFFICIAL

THIS CERTIFICATE DOES NOT AUTHORIZE BUILDING CONSTRUCTION OF ANY TYPE INCLUDING REPAIRS OR RENOVATIONS. SEPARATE BUILDING, ELECTRICAL, PLUMBING OR MECHANICAL PERMITS MAY BE REQUIRED, AS WELL AS NARRAGANSETT BAY COMMISSION APPROVAL.

CITY OF PAWTUCKET