City of Pawtucket
Site Plan Review Request Form
Site Plan Number:________

Date: 7/31/03

Applicant's Name: Pawtucket Transfer Operations, LLC.
Address: 99 Taber Avenue, Providence, RI 02906
Telephone: 401 261-2442

Owner's Name: Daniel J. Pogue, Jr. - Managing Member
Owner's Signature: [signature]
Address: 99 Taber Avenue
Telephone: 401-261-2442

| | | | | Area | Area |
|---|---|---|---|---|---|
| Property Address: 280 Pine St. | Plat: 44 | Lot: 559 | Present: | 8.11 | Proposed: 8.11 |
| Property Address: | Plat: | Lot: | Present: | | Proposed: |
| Property Address: | Plat: | Lot: | Present: | | Proposed: |

Zoning District: MO

Current Land Use: Rail Yard

Proposed Changes: Railroad Shipping Operations / Transfer Station for Refuse

Is Zoning Board approval required? YES (NO) If yes, explain: Property is currently zoned for this usage.

Staff use only

Date received: ________ By: ________
Date Certified Complete: ________ By: ________
Technical Review Committee Meeting: ________ Action: ____Approve ____Deny ____Other
CPC Meeting: ________ Action: ____Approve ____Deny ____Other
Zoning Board Meeting: ________ Action: ____Approve ____Deny ____Other
Recording Date: ________