**City of Pawtucket**
**Site Plan Review Request Form**
**Site Plan Number:** ________

Date: 3/30/04

Applicant's Name: Pawtucket Transfer Operations, LLC
Address: 99 Tabor Avenue Providence, R.I. 02906
Telephone: 401-261-2442

Owner's Name: Providence & Worcester Railroad Company
Owner's Signature: [signature] Vice President - Engineering
Address: 75 Hammond St. Worcester, MA. 01610
Telephone: 508 755-4000

| Property Address | Plat | Lot | Area Present | Area Proposed |
|---|---|---|---|---|
| 280 Pine St | 44 | 559 | 8.11 | 8.11 |
| | | | | |
| | | | | |

Zoning District: Industrial Open (MO)
Current Land Use: Railroad Terminal - Inactive

Proposed Changes: Railroad Terminal and Construction + Demolition Debris Transfer Station

Is Zoning Board approval required? YES (NO) If yes, explain: this is Permitted Usage

---

Staff use only

Date received: ________ Date:
Date Certified Com
Technical Review
CPC Meeting: ___
Zoning Board Mee
Recording Date: ___

Application - incomplete.
① updated Abutters - not
② Application was not complete
③ letter from BCO (?) railroad identifying agreement in scope use spelled out according to [illegible]

ve ___ Deny ___ Other
ve ___ Deny ___ Other
ve ___ Deny ___ Other