v-00520-S-LDA Document 19-11 Filed 11/15/2006

# CITY OF PAWTUCKET
## RHODE ISLAND

## DEPARTMENT OF PLANNING AND REDEVELOPMENT

JAMES E. DOYLE
MAYOR

MICHAEL D. CASSIDY
DIRECTOR

April 29, 2004

Mr. Dan Poggi
Pawtucket Transfer Operations, LLC
90 Taber Avenue
Providence, RI 02906

**SUBJECT: SITE PLAN, PLAT 44, LOT 559**

Dear Mr. Poggi:

We have received the requested information regarding your site plan review application for applicant Pawtucket Transfer Operations, LLC, owner Providence & Worcester Railroad Company. However, after a review of the proposal, it is our opinion that the Certificate of Zoning Compliance was issued in error. The section cited on the Certificate of Zoning Compliance dated February 27, 2003, 410-12.5(I), deals with *public* refuse transfer stations. Your proposal is for a *private* refuse transfer station. We have referred this matter to our Law Department for comment. If the Law Department determines that this is not an allowed use in the MO zone, a use variance will be required. This use variance must be obtained before the site plan review process before the City Planning Commission. Therefore, your site plan review application is not complete will not be heard before the City Planning Commission until a legal opinion is issued on the application.

Please feel free to contact me with any questions.

Sincerely,

Michael D. Cassidy
Director

Peggy



6