v-00520-S-LDA Document 19-13 Filed 11/15/2006

# September 22, 2004 - Regular City Council Session

**City Council, September 22, 2004**

A regular session of the Pawtucket City Council is held Wednesday, September 22, 2004, at 7:20 P.M. in the City Council Chambers, City Hall, 137 Roosevelt Avenue, Pawtucket, RI.

Present – Councilors Bray, Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain

Absent – President Barry.

President Pro Tempore Bray presides.

The reading of the records of September 8, 2004, is dispensed with and the records are APPROVED as prepared by the Clerk.

Upon motion made by Councilor Hodge, seconded by Councilor Clemente, the *Consent Agenda is APPROVED, on a unanimous voice vote.

*THE FOLLOWING COMMUNICATIONS ARE READ AND ORDERED FILED:

028 A. Communieation from Senator Lincoln Chafee to Janice M. LaPorte, CMC, City Clerk. (Thanking the Pawtucket City Council's Resolution in Support of the Home Instruction for Parents of Preschool Youngsters (HIPPY) program)

028 B. Communication from W. Joseph Casey, Senior Environmental Scientist, Freshwater Wetlands Program, Office of Water Resources. (Insignificant Alteration Permit Branch Street)

028 C. Communication from Joseph T. Unsworth, P.E., Project Manager, Jacques Whitford Company, Inc. (Notification of Environmental Investigation of Abutting Property at 241 Grotto Avenue)

028 D. Communication from Joseph T. Unsworth, P.E., Project Manager, Jacques Whitford Company, Inc. (Notification of Environmental Investigation of Abutting Property at 1 SanAntonio Way)

589 Communieation from His Honor, Mayor James E. Doyle, to the Honorable Members of the Pawtucket City Council, submitting the following reappointment as a member of the Pawtucket Redevelopment Agency, FOR CONFIRMATION: is READ AND ORDERED FILED

PAWTUCKET REDEVELOPMENT AGENCY

Roger A. Lemoie, 51 Julian Street, Pawtucket, RI 02861. Term expires September 12, 2009.

The following nomination submitted by His Honor, Mayor James E. Doyle for confirmation, is CONFIRMED on a roll call vote, as follows:

AYES – President Pro Tempore Bray, Councilors Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain.

v-00520-S-LDA Document 19-13 Filed 11/15/2006

NOES - 0.

PAWTUCKET REDEVELOPMENT AGENCY

Roger A. Lemoie, 51 Julian Street, Pawtucket, RI 02861. Term expires September 12, 2009.

589 Communication from His Honor, Mayor James E. Doyle, to the Honorable Members of the Pawtucket City Council, submitting the following reappointment as a member of the Parks Commission, FOR CONFIRMATION: is READ AND ORDERED FILED

PARKS COMMISSION

Ronald J. Gauthier, 33 Wilton Avenue, Pawtucket, RI 02861. Term expires First Monday in August 2007.

The following nomination submitted by His Honor, Mayor James E. Doyle for confirmation, is CONFIRMED on a roll call vote, as follows:

AYES – President Pro Tempore Bray, Councilors Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain.

NOES - 0.

PARKS COMMISSION

Ronald J. Gauthier, 33 Wilton Avenue, Pawtucket, RI 02861. Term expires First Monday in August 2007.

589 Communication from His Honor, Mayor James E. Doyle, to the Honorable Members of the Pawtucket City Council, submitting the following reappointment as a member of the Parks Commission, FOR CONFIRMATION: is READ AND ORDERED FILED

PARKS COMMISSION

Fred Kent, 42 Greeley Street, Pawtucket, RI 02861. Term expires First Monday in August 2007.

The following nomination submitted by His Honor, Mayor James E. Doyle for confirmation, is CONFIRMED on a roll call vote, as follows:

AYES – President Pro Tempore Bray, Councilors Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain.

NOES - 0.

PARKS COMMISSION

Fred Kent, 42 Greeley Street, Pawtucket, RI 02861. Term expires First Monday in August 2007.

v-00520-S-LDA Document 19-13 Filed 11/15/2006

589 Communication from His Honor, Mayor James E. Doyle, to the Honorable Members of the Pawtucket City Council, submitting the following reappointment as a member of the Parks Commission, FOR CONFIRMATION: is READ AND ORDERED FILED

PARKS COMMISSION

James E. Langlois, 40 Daggett Avenue, Pawtucket, RI 02861. Term expires First Monday in August 2007.

The following nomination submitted by His Honor, Mayor James E. Doyle for confirmation, is CONFIRMED on a roll call vote, as follows:

AYES – President Pro Tempore Bray, Couucilors Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain.

NOES - 0.

PARKS COMMISSION

James E. Langlois, 40 Daggett Avenue, Pawtucket, RI 02861. Term expires First Monday in August 2007.

Communication from Mayor James E. Doyle to the Honorable Members of the Pawtueket City Council, (Edith Marra of the Grand Manor on Walcott Street requesting an extension on the tax stabilization plan) is READ AND ORDERED FILED and REFERRED TO THE FINANCE COMMITTEE.

UPON RECOMMENDATION OF THE CITY PROPERTY COMMITTEE, THE FOLLOWING RESOLUTION IS READ AND PASSED ON A ROLL CALL VOTE AS FOLLOWS:

AYES – President Pro Tempore Bray, Councilors Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain.

NOES - 0.

588 RESOLUTION NAMING THE PLAYGROUND LOCATED AT NATHANAEL GREENE ELEMENTARY SCHOOL IN THE CITY OF PAWTUCKET THE "CAPTAIN CHRIS CASH PLAYGROUND."

THE CHAIR RECOGNIZES COUNCILOR CLEMENTE:

With majority consent of the Council, the following motion made by Councilor Clemente, seconded by Councilor Grebien, is PASSED on a unanimous voice vote:

The Clerk is instructed to send a communication to Raymond M. Gannon, Chair, Pawtucket Board of Appeals, expressing their opposition to the application of Pawtucket Transfer LLC for a use variance to operate a transfer station at 280 Pine Street.

The following resolution is read and PASSED on a roll call vote, as follows:

v-00520-S-LDA Document 19-13 Filed 11/15/2006

AYES – President Pro Tempore Bray, Councilors Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain.

NOES - 0.

032 RESOLUTION ACCEPTING THE CARE OF BURIAL LOT OF ELVIRA CAMPBELL

The following resolution is read and PASSED on a roll call vote, as follows:

AYES – President Pro Tempore Bray, Councilors Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain.

NOES - 0.

032 RESOLUTION ACCEPTING THE CARE OF BURIAL LOT OF EMILIO GARCIA

The following ordinance is read for the second time and PASSED on a roll call vote as follows:

AYES – President Pro Tempore Bray, Councilors Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain.

NOES - 0.

330 AN ORDINANCE IN AMENDMENT OF CHAPTER 2708 OF THE ORDINANCES OF THE CITY OF PAWTUCKET, ALSO KNOWN AS SECTION 116-37.1 OF THE PAWTUCKET CODE OF ORDINANCES, 1996, REGULATING LICENSING PIT BULLS IN THE CITY OF PAWTUCKET. (§116-37.1 (G) Subsections 4 and 5 – Pit Bulls Prohibited – Enforcement and penalties)

The following ordinance is read for the second time and PASSED ou a roll call vote as follows:

AYES – President Pro Tempore Bray, Councilors Carr, Clemente, Grebien, Hodge, Hoyas, Moran, and Wildenhain.

NOES - 0.

330 AN ORDINANCE IN AMENDMENT OF CHAPTER 2714 OF THE ORDINANCES OF THE CITY OF PAWTUCKET, ALSO KNOWN AS SECTION 108 OF THE CODE OF ORDINANCES OF THE CITY OF PAWTUCKET, 1996, ENTITLED "ALCOHOLIC BEVERAGES." (CLASS D-VETERANS CLUBS)

Communication from Angel S. Garcia, Director of Personnel to the Honorable Members of the Pawtueket City Council. (Amend Pay Ordinance Chapter 2738 – Matron/Court Interpreter) is READ AND ORDERED FILED.

THE FOLLOWING ORDINANCE IS LAID ON THE TABLE AND REFERRED TO THE FINANCE COMMITTEE ON A UNANIMOUS VOTE:

AN ORDINANCE IN AMENDMENT OF CHAPTER 2738 OF THE ORDINANCES OF THE CITY OF PAWTUCKET ESTABLISHING A PAY PLAN FOR THE CITY OF PAWTUCKET.

(Matron/Court Interpreter)

Communication from Angel S. Garcia, Director of Personnel to the Honorable Members of the Pawtucket City Council. (Amend Pay Ordinance Chapter 2738 - Police Payroll Clerk) is READ AND ORDERED FILED.

THE FOLLOWING ORDINANCE IS LAID ON THE TABLE AND REFERRED TO THE FINANCE COMMITTEE ON A UNANIMOUS VOICE VOTE:

AN ORDINANCE IN AMENDMENT OF CHAPTER 2738 OF THE ORDINANCES OF THE CITY OF PAWTUCKET ESTABLISHING A PAY PLAN FOR THE CITY OF PAWTUCKET. (Police Payroll Clerk)

Communication from Angel S. Garcia, Director of Personnel to the Honorable Members of the Pawtucket City Council. (Amend Pay Ordinance Chapter 2738 – Police Clerk I) is READ AND ORDERED FILED.

THE FOLLOWING ORDINANCE IS LAID ON THE TABLE AND REFERRED TO THE FINANCE COMMITTEE ON A UNANIMOUS VOICE VOTE:

AN ORDINANCE IN AMENDMENT OF CHAPTER 2738 OF THE ORDINANCES OF THE CITY OF PAWTUCKET ESTABLISHING A PAY PLAN FOR THE CITY OF PAWTUCKET. (Police Clerk I)

Communication from Angel S. Garcia, Director of Personnel to the Honorable Members of the Pawtucket City Council. (Amend Pay Ordinance Chapter 2738 - Incinerator Supervisor) is READ AND ORDERED FILED.

THE FOLLOWING ORDINANCE IS LAID ON THE TABLE AND REFERRED TO THE FINANCE COMMITTEE ON A UNANIMOUS VOICE VOTE:

AN ORDINANCE IN AMENDMENT OF CHAPTER 2738 OF THE ORDINANCES OF THE CITY OF PAWTUCKET ESTABLISHING A PAY PLAN FOR THE CITY OF PAWTUCKET. (Incinerator Supervisor)

Communication from Angel S. Gareia, Director of Personnel to the Honorable Members of the Pawtucket City Council. (Amend Pay Ordinance Chapter 2738 - Police Administration Clerk III) is READ AND ORDERED FILED.

THE FOLLOWING ORDINANCE IS LAID ON THE TABLE AND REFERRED TO THE FINANCE COMMITTEE ON A UNANIMOUS VOICE VOTE:

AN ORDINANCE IN AMENDMENT OF CHAPTER 2738 OF THE ORDINANCES OF THE CITY OF PAWTUCKET ESTABLISHING A PAY PLAN FOR THE CITY OF PAWTUCKET. (Police Administration Clerk III)

Communication from Angel S. Garcia, Director of Personnel to the Honorable Members of the Pawtucket City Council. (Amend Pay Ordinance Chapter 2738 - Delete the Labor Supervisor I/Public Buildings) is READ AND ORDERED FILED.

THE FOLLOWING ORDINANCE IS LAID ON THE TABLE AND REFERRED TO THE FINANCE COMMITTEE ON A UNANIMOUS VOICE VOTE:

AN ORDINANCE IN AMENDMENT OF CHAPTER 2738 OF THE ORDINANCES OF THE CITY OF PAWTUCKET ESTABLISHING A PAY PLAN FOR THE CITY OF PAWTUCKET. (Delete the Labor Supervisor I/Public Buildings)

028 Communication from Sheng Quiang Guo, Treasurer, 1st Class Victualling House License of Sun Heng Restaurant Inc d/b/a/ Tin Tin Buffet, 223 Newport Avenue, requesting permission to change corporation name to Xin Xin Restaurant Inc. is READ AND ORDERED FILED AND THE REQUEST TO CHANGE CORPORATION NAME TO XIN XIN RESTAURANT INC., IS APPROVED ON A UNANIMOUS VOICE VOTE

THE CHAIR RECOGNIZES COUNCILOR CLEMENTE.

With majority consent of the Council, Councilor Clemente introduces the following license:

Petition of Bethel International Ministries for a license to conduct Religious Service at 300 Barton St. (C-Town Market Parking Lot) on Saturday, September 25, 2004 from 2:00 p.m. to 6:00 p.m., LIC#0270M

Upon motion made by Councilor Clemente, seconded by Councilor Hodge, the following license is APPROVED ON A UNANIMOUS VOICE VOTE:

Petition of Bethel International Ministries for a license to conduct Religious Service at 300 Barton St. (C-Town Market Parking Lot) on Saturday, September 25, 2004 from 2:00 p.m. to 6:00 p.m., LIC#0270M

THE FOLLOWING LICENSES ARE APPROVED ON A UNANIMOUS VOICE VOTE:

PIGEON LOFT (Renewals) –

James Luiz, 163 Division Street, LIC.# D0003
John Quilitzsch, 854 Cottage Street, LIC.# D0005
Filomina Sousa, 9 Winter Street, LIC.# D0007

VICTUALLING HOUSE 1st Class (New) -

K.F. Corporation d/b/a Colosseum, 474 Pawtucket Avenue, LIC.# 00713
Rosa Medina d/b/a Posada 95, (Prev. Jorge Santos d/b/a Woodlawn Fish & Chips), 701 Main Street, LIC.# 00714

*THE FOLLOWING BOND IS APPROVED, SURETY NAMED IS ACCEPTED:

PAWN BROKER –

Fastcash Pawn & Checkcashers Incorporated – Western Surety Company

*THE FOLLOWING CLAIMS FOR DAMAGES AGAINST THE CITY ARE REFERRED TO THE COMMITTEE ON CLAIMS AND PENDING SUITS:

Pawtucket Water Supply - $286.29
Theresa Landry Stevenson - $172.94

Upon motion made by Councilor Hodge, seconded by Councilor Clemente the meeting is adjourned at 7:50 P.M.

Copyright © 2006 Compbase. All rights reserved.

# CITY OF PAWTUCKET

RHODE ISLAND 02860

CITY COUNCIL

JOHN J. BARRY III
PRESIDENT

September 23, 2004

Mr. Raymond M. Gannon, Chair
Pawtucket Board of Appeals
133 Chaplin Street
Pawtucket, Rhode Island 02861

Dear Mr. Gannon:

At the September 22, 2004, meeting of the Pawtucket City Council, a motion was made by Councilor Clemente and passed unanimously by the Council, reqnesting that I write to you regarding a hearing before the Board of Appeals, scheduled for September 28, 2004.

The City Council wishes to express their opposition to the application of Pawtucket Transfer LLC for a use variance to operate a transfer station at 280 Pine Street in the city, and strongly urges the Board of Appeals to deny this request.

Thank yon for your consideration in this matter.

Sincerely,

Janice M. LaPorte

Janice M. LaPorte, CMC, Clerk
Pawtucket City Council

Cc. Mayor James E. Doyle
Harvey E. Goulet, Jr., Director of Administration
Councilor Clemente
Board of Appeals