## AFFIDAVIT

1. I, Marlene Wheaton, am the Corporate Controller for Transload America, Inc., who is the majority owner of Pawtucket Transfer Operations, LLC, and I have personal knowledge of the facts stated in this Affidavit.

2. In reliance on two (2) certifieates of zoning complianee issued to Pawtucket Transfer Operations, LLC ("PTO") to operate a refuse transfer facility on the property of Providenee and Woreester Railroad Company ("P & W RR") in Pawtucket, Rhode Island, PTO undertook certain liabilities to operate its planned faeility on the site. These liabilities include the following:

a. Entered into a long-term lease with Infinity Rail Ine. for 100 rail ears. The lease has an eleven year term and provides as follows:

| | |
|---|---|
| 100 ears at $249/month for 1 year | $ 298,800 |
| 100 ears at $425/month for 10 years | $5,100,000 |
| Total rail car lease obligation | $5,398,800 |

b. Entered into a long-term lease with P & W RR on August 31, 2004 eovering approximately 7.4 aeres at the subjeet site. Lease has a term of 20 years at a cost of $4,136 per month, for a total of $ 992,640.

c. As part of the lease with P & W RR referenced above, PTO is responsible for the payment of property taxes to the City of Pawtucket for the term of the lease, as follows:

| | |
|---|---|
| 09/01/04 thru 06/30/05 | $ 31,215 |
| 19.25 years more at current rate | $ 831,838 |
| Total tax obligation | $ 863,053 |

3. I conservatively estimate expenses for travel time to and from facility as well as management time spent on the projeet at : $ 50,000

**Total Liabilities Undertaken** **$7,304,493**

4. Attached hereto and incorporated herein is my estimate of PTO's actual and expected lost profits as a result of the actions taken by the City of Pawtucket and its offieials. These profits are reasonably certain and based on Transload America's experienee in this business field and comparative data from a similar business it owns and operates in New Jersey.

Attestation Clause

I, Marlene Wheaton, under oath hereby state that the above facts are true and accurate to the best of my knowledge.

Marlene P. Wheaton
MARLENE WHEATON

Subscribed and sworn to before me on the 1 day of August 2005.

Harriett K. Ro
NOTARY PUBLIC
My Commission Expires:

**HARRIETT K. ROBINSON**
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 4, 2008

## Pawtucket Transfer Operations
## Lost Profits

| | |
|---|---|
| Tonnage Per Day | 1,000 |
| Days per Month | 23 |
| Total Volume Per Month | 23,000 |
| Rate Per Ton | $68.00 |
| Transportation ($2800/ Car for 95 Tons) | $29.47 |
| Disposal | $14.00 |
| Railcar leasing Per ton | $4.48 |
| Operating Cost per Ton | $10.00 |
| Total Cost per Ton | $57.95 |
| Net Income(before Taxes) Per Ton | $10.05 |
| Total Net Income (before Taxes) Per Month | $231,065.26 |
| Month Zoning Denied | July 2004 |
| Permitting Period 4 Months | November 2004 |
| Construction Period 4 Months | March 2005 |
| Anticipated Operations Startup | April 1, 2005 |
| Number of months Actual In lost Profits | 15 |
| Lost Profits 04/01/05 Thru 07/31/06 | $3,465,979 |
| Lost Profits Year 2 | $2,911,422 |
| Year 3 | $3,056,993 |
| Year 4 | $3,209,843 |
| Year 5 | $3,370,335 |
| Year 6 | $3,538,852 |
| Year 7 | $3,715,795 |
| Year 8 | $3,901,584 |
| Year 9 | $4,096,664 |
| Year 10 | $4,301,497 |
| Year 11 | $4,516,572 |
| Year 12 | $4,742,400 |
| Year 13 | $4,979,520 |
| Year 14 | $5,228,496 |
| Year 15 | $5,489,921 |
| Year 16 | $5,764,417 |
| Year 17 | $6,052,638 |
| Year 18 | $6,355,270 |
| Year 19 | $6,673,033 |
| **Total Lost Profits** | **$85,371,231** |

Assumes only a modist increase in profit dollars of 5% per year.