UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC,<br>*Plaintiff,*<br>vs.<br>CITY OF PAWTUCKET, et al.<br>*Defendants.* | C.A. No. 05-520 S |

**ASSENTED-TO MOTION FOR EXTENSION**

Now come Defendants and hereby move for a 20-day extension of time within which to file a reply to Plaintiff's objection to their motion for summary judgment and to file an objection to Plaintiff's own motion for summary judgment. Defendants state that Plaintiff's have assented to this motion, the granting of which would make said responses due by December 24, 2006.

Defendants,
By their attorneys,

*/s/ Marc DeSisto*
*/s/ Michael A. DeSisto*

Marc DeSisto, Esq. (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on November 27, 2006, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*
Marc DeSisto