UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC, *Plaintiff,* | : | |
| vs. | : | C.A. No. 05-520 S |
| CITY OF PAWTUCKET, et al., *Defendants* | : | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Now comes Plaintiff, Pawtucket Transfer Operations, LLC, and moves this Honorable Court grant an order extending the time within which Plaintiff may reply to Defendant's Objection to Plaintiff's Motion for Partial Summary Judgment up to and including January 16, 2007.

In support of this motion, Plaintiff states that this matter has been assigned to the Honorable Judge Smith. Plaintiff's counsel has discussed with Attorney DeSisto the matter of a fourteen (14) day continuance to reply to Defendant's Objection to Plaintiff's Motion for Partial Summary Judgment, and Attorney DeSisto has no objection thereto and assents to this request for an extension of time.

WHEREFORE, Plaintiff requests an extension of time, to January 16, 2007, to respond to Defendant's Objection to Plaintiff's Motion for Partial Summary Judgment.

Respectfully presented,
Plaintiff,
By and through counsel,
McKINNON & HARWOOD

/s/ Michael E. Sendley
John B. Harwood (#2093)
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106

I hereby assent to Plaintiff's request for an additional fourteen (14) days to reply to Defendant's Objection to Plaintiff's Motion for Partial Summary Judgment.

/s/ Marc DeSisto, Esq.
Marc DeSisto, Esq.
Attorney of record for Defendants