UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC, *Plaintiff,* | : | |
| vs. | : | C.A. No. 05-520 S |
| CITY OF PAWTUCKET, et al., *Defendants* | : | |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Now comes Plaintiff, Pawtucket Transfer Operations, LLC, and pursuant to Local Rule 7 and Local Rule 15, and Rule 15 of the Civil Rules of Procedure moves this Honorable Court grant an order allowing Plaintiff to file an Amended Complaint as set forth in Exhibit "A" attached. In support of said motion, plaintiff further submits his memorandum of law.

Respectfully presented,
Plaintiff,
By and through counsel,
McKINNON & HARWOOD

/s/ Michael E. Sendley
John B. Harwood (#2093)
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106

**CERTIFICATION**

I hereby certify that on January 5, 2007 the within document was electronically filed with the Court and served upon opposing counsel through the ECF system, and is otherwise is available for viewing and downloading from the ECF system.

/s/ Michael E. Sendley, Esq.
Michael E. Sendley (#5591)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC, *Plaintiff,* | : | |
| vs. | : | C.A. No. 05-520 S |
| CITY OF PAWTUCKET, et al., *Defendants* | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Now comes Plaintiff, Pawtucket Transfer Operations, LLC, and in support of said motion states as follows:

Motions to amend pleadings are permitted by Rule 15 of the Rules of Civil Procedure. Local Rule 7 and Local Rule 15 require the filing of a memorandum in support of said Motion. More particularly, Local Rule 15 requires the proposed amendment be attached, see Exhibit A to said Motion, and that the supporting memorandum explain how the amended pleading differs from the original an why the amendment is necessary.

In summary, the Amended Complaint adds an additional claim for violation of equal protection rights. In addition, the Defendant, MICHAEL CASSIDY, was previously sued only in his official capacity. The Amended Pleading makes clear that he is sued also in his individual capacity. These differences are based on the additional facts which are added to the Amended Pleading.

It should be noted that opposing counsel has been consulted and consents to the amendment (see Exhibit B stipulation).

Wherefore, Plaintiff respectfully requests his motion be granted.

Respectfully presented,
Plaintiff,
By and through counsel,
McKINNON & HARWOOD

/s/ Michael E. Sendley
John B. Harwood (#2093)
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106

**CERTIFICATION**

I hereby certify that on January 5, 2007 the within document was electronically filed with the Court and served upon opposing counsel through the ECF system, and is otherwise is available for viewing and downloading from the ECF system.

/s/ Michael E. Sendley, Esq.
Michael E. Sendley (#5591)