UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC, Plaintiff | : | |
| vs. | : | C.A. No. 05-520S |
| CITY OF PAWTUCKET, by and through its TREASURER, RONALD L. WUNSCHEL, CITY OF PAWTUCKET ZONING BOARD OF REVIEW, by and through its MEMBERS, MICHAEL CASSIDY, Individually and in his capacity as Director of the City of Pawtucket Planning and Redevelopment Commission | : | |

**STIPULATION**

In the above-entitled cause it is agreed that the following entry be made:

1. Plaintiff, Pawtucket Transfer Operations, LLC, has leave to file an Amended Complaint.

PAWTUCKET TRANSFER OPERATIONS, LLC
By its Attorneys,
McKinnon & Harwood

/s/ Michael E. Sendley, Esq.
John B. Harwood (#2093)
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106 (fax)

Defendants,
By their attorneys,

/s/ Marc DeSisto, Esq.
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401)272-4442
Fax: (401)272-9937
Email: marc#desistolaw.com

**CERTIFICATION**

I hereby certify that this document has been electronically filed with the Court and is available for viewing and downloading from the ECF system.

/s/ Michael E. Sendley, Esq.
Michael E. Sendley (#5591)