**City of Pawtucket**
**Site Plan Review Request Form**
**Site Plan Number:**__________

Date: 7/31/03

Applicant's Name: Pawtucket Transfer Operations, LLC.
Address: 99 Taber Avenue, Providence, RI 02906
Telephone: 401 261-2442

Owner's Name: Daniel J Pogg Jr. - Managing Member
Owner's Signature: [signature]
Address: 99 Taber Avenue
Telephone: 401-261-2442

| Property Address | Plat | Lot | Present Area | Proposed Area |
|---|---|---|---|---|
| 280 Pine St. | 44 | 559 | 8.11 | 8.11 |
| | | | | |
| | | | | |

Zoning District: MO

Current Land Use: Rail Yard

Proposed Changes: Railroad shipping operations / transfer station for refuse

Is Zoning Board approval required? YES (NO) If yes, explain: Property is currently zoned for this usage.

---

Staff use only

Date received: ________ By: ________
Date Certified Complete: ________ By: ________
Technical Review Committee Meeting: ________ Action: ____Approve ____Deny ____Other
CPC Meeting: ________ Action: ____Approve ____Deny ____Other
Zoning Board Meeting: ________ Action: ____Approve ____Deny ____Other
Recording Date: ________