UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAWTUCKET TRANSFER OPERATIONS, LLC, *Plaintiff,* :

vs. : C.A. No. 05-520 S

CITY OF PAWTUCKET, et al., *Defendants* :

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Now comes Plaintiff, Pawtucket Transfer Operations, LLC, and moves this Honorable Court grant an order extending the time within which Plaintiff may file a response to Defendants' dispositive motion.

In support of this motion, Plaintiff states that this matter has been assigned to the Honorable Judge Smith. Counsel for Defendants, Marc DeSisto, has filed a motion for summary judgment, a response to which is due March 1, 2007. Plaintiff's counsel has discussed with Attorney DeSisto the matter of a continuance to respond to said dispositive motion, and Attorney DeSisto has no objection thereto and assents to this request for an extension of time.

WHEREFORE, Plaintiff requests an extension of time, to April 15, 2007, to respond to Defendant's dispositive motion.

Respectfully presented,
Plaintiff,
By and through counsel,
McKINNON & HARWOOD

/s/ Michael E. Sendley
John B. Harwood (#2093)
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106

I hereby assent to Plaintiff's request for an additional forty-five (45) days to answer Defendant's motion for summary judgment.

/s/ Marc Desisto, Esq.
Marc Desisto, Esq.
Attorney of record for Defendants