UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC, *Plaintiff,* vs. CITY OF PAWTUCKET, et al. *Defendants.* | C.A. No. 05-520 S |

**DEFENDANTS' ADDENDUM TO THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants hereby file this addendum to their Motion for Summary Judgment (Document 27). As reason, defendants state that they inadvertently omitted filing Exhibits I and J as exhibits to Docket 27. While these exhibits are already attached to defendants' Reply Memorandum (Document 22), defendants nevertheless wish to complete their filing of Document 27 by appending the documents herein attached, and therein referenced.

Defendants,
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on May 16, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

John B. Harwood ...................contact@mckinnonharwood.com
Michael E. Sendley ................contact@mckinnonharwood.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto