# CITY OF PAWTUCKET
## RHODE ISLAND

## DEPARTMENT OF PLANNING AND REDEVELOPMENT

JAMES E. DOYLE
MAYOR

MICHAEL D. CASSIDY
DIRECTOR

April 6, 2004

Mr. Dan Pozzi
Pawtucket Transfer Operations, LLC
99 Taber Avenue
Providence, RI 02906

**SUBJECT: SITE PLAN, PLAT 44, LOT 559**

Dear Mr. Pozzi:

We have received a site plan review application for applicant Pawtucket Transfer Operations, LLC, owner Providence & Worcester Railroad Company. The application was deemed incomplete. To be placed on the May 18, 2004 City Planning Commission docket, the following information must be received by April 28, 2004 to complete this application:

1. Updated list of abutters names and addresses within 200' of the proposed development;
2. A completed application form with all questions answered;
3. A letter from the Providence & Worcester Railroad Company identifying the agreement for specific uses at the site listed according to RIDEM definitions.

Please feel free to contact me with any questions.

Sincerely,

Michael D. Cassidy
Director

CC: Inga Lermontov, Pare Engineering