

FOUNDED 1844

April 28, 2003

Pawtucket City Hall
137 Roosevelt Avenue
Pawtucket, RI 02860

Re: Application of Pawtucket Transfer Operations, LLC ("PTO") for site plan approval relating to property located at 280 Pine Street, Pawtucket, Rhode Island (the "Property")

Dear Sirs/Madams:

Providence and Worcester Railroad Company ("P&W") has been asked by PTO to provide you with a letter with respect to the Property.

P&W is the current owner of the Property. P&W has agreed to lease the Property to PTO, subject to the execution of a mutually agreeable lease agreement, and subject to PTO's ability to obtain the necessary permits to develop the Property in accordance with PTO's planned operations, which P&W understands will include the transportation of non-hazardous construction and demolition debris as defined by the Rhode Island Department of Environmental Management in accordance with the terms of such lease.

Very truly yours,

Mary A. Tanona
General Counsel

PROVIDENCE AND WORCESTER RAILROAD COMPANY
75 HAMMOND STREET, WORCESTER, MA 01610 P.O. BOX 16551, WORCESTER, MA 01601
TELEPHONE (508) 755-4000