UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAWTUCKET TRANSFER
OPERATIONS, LLC,

*Plaintiff,*

vs. C.A. No. 05-520 S

CITY OF PAWTUCKET, et al.

*Defendants.*

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS IV TO VII OF THE COMPLAINT**

Now come the Defendants, in the above-referenced matter, and hereby object to Plaintiff's motion for summary judgment on Counts IV to VII of the Complaint. In support thereof, Defendants rely on their Memorandum of Law filed contemporaneously herewith.

Defendants,
By their attorneys,

*/s/ Marc DeSisto*
*/s/ Michael A. DeSisto*

Marc DeSisto (#2757)
Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on May 16, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

John B. Harwood ..................contact@mckinnonharwood.com
Michael E. Sendley ...............contact@mckinnonharwood.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAWTUCKET TRANSFER OPERATIONS, LLC,<br>*Plaintiff,*<br>vs.<br>CITY OF PAWTUCKET, et al.,<br>*Defendants.* | C.A. No. 05-520 S |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS IV TO VII OF THE COMPLAINT**

Plaintiff has responded to Defendants' summary judgment motion by filing an objection and a cross-motion for partial summary judgment. (Documents 33 and 34) Plaintiff's cross-motion seeks summary judgment on its state law claims of equitable estoppel/detrimental reliance (Counts IV and V) and intentional interference with contractual and business relations (Counts VI and VII). In opposition to Plaintiff's motion, Defendants will rely on the arguments contained in their Motion and Memorandum for Summary Judgment filed on February 12, 2007 (Document 27).

For the reasons cited therein, as well as those that may be raised at hearing, Defendants respectfully request that Plaintiff's summary judgment motion be denied and summary judgment enter in favor of Defendants on all Counts of Plaintiff's Complaint.

Defendants,
By their attorneys,

*/s/ Marc DeSisto*
*/s/ Michael A. DeSisto*

Marc DeSisto (#2757)
Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on May 16, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

John B. Harwood ..................contact@mckinnonharwood.com
Michael E. Sendley ................contact@mckinnonharwood.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto