**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Pawtucket Transfer Operations**
**Plaintiff**

**V.** **Case Number: C.A. 05-520S**

**City of Pawtucket, et al**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, City of Pawtucket, et al against the Plaintiff, Pawtucket Transfer Operations pursuant to the Court's Opinion and Order dated March 20, 2008 granting Defendants' Motion for Summary Judgement as to Counts I, II, and III of Plaintiff's Amended Complaint; Denying as Moot, Defendants' Motion for Summary Judgment as to Counts IV, V, VI and VII of Plaintiff's Amended Complaint; Denying as Moot , Plaintiff's Motion for Summary Judgment and dismissing without prejudice, Plaintiff's amended Complaint as to Counts IV, V, VI, and VII.**

**BY ORDER:**

Karen Baldwin (signature)

**March 20, 2008**
**Date**

**Deputy Clerk**